UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF COUNTRYWIDE COMMERCIAL MORTGAGE TRUST 2007-MF1, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-MF1,<br><br>Plaintiff,<br><br>v.<br><br>84 GEORGE LLC, ISRAEL PERLMUTTER, MENACHEM STARK, THE DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK, and THE ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK,<br><br>Defendants. | Civil Action No. 1:09-cv-04553-JBW<br><br>**CERTIFICATION OF PETER M. KNOB** |

PETER M. KNOB, of full age, certifies as follows:

1. I am an associate with the law firm of McCarter & English, LLP, attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the registered holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1 (the "Lender"). I have personal knowledge of the facts set forth herein and am authorized to submit this Certification on behalf of the Lender.

2. Defendants were served with the Summons, Foreclosure Complaint, and Civil Cover Sheet of this action (the "Pleadings") as follows:

   (a) Pursuant to Fed. R. Civ. P. 4(h)(1)(B), Defendant 84 George LLC was served by personal delivery of the Pleadings to Menachem Stark, a member of 84 George

ME1 9356253v.1

LLC and a person authorized by law to receive service of process on behalf of 84 George LLC, on December 8, 2009, proof of which is shown by the Proof of Service filed in this action as Docket Number 9, a true and correct copy of which is attached hereto as Exhibit A.

(b)     Pursuant to Fed. R. Civ. P. 4(e)(1) and New York Civil Practice Law and Rules § 308(4), after diligent attempt having been made to serve him personally, Defendant Israel Perlmutter was served with the Pleadings by affixing the Pleadings to the door of his residence and mailing a copy of the Pleadings to his residence on October 31, 2009, proof of which is shown by the Proof of Service filed in this action as Docket Number 8, a true and correct copy of which is attached hereto as Exhibit B.

(c)     Pursuant to Fed. R. Civ. P. 4(e)(2)(A), Defendant Menachem Stark was personally served with the Pleadings on December 8, 2009, proof of which is shown by the Proof of Service filed in this action as Docket Number 10, a true and correct copy of which is attached hereto as Exhibit C.

(d)     Defendant The Department of Housing Preservation and Development of the City of New York has filed a Notice of Appearance and Claim to Surplus Moneys in this action (Docket Number 7), a true and correct copy of which is attached hereto as Exhibit D, wherein it has asserted a claim to any surplus moneys that may arise out of this foreclosure proceeding, but it does not contest any of the allegations of the Complaint in this action and has thus failed to plead, answer, or defend in this action.

(e)     Pursuant to Fed. R. Civ. P. 4(h)(1)(B), Defendant The Environmental Control Board of The City of New York was served by personal delivery of the Pleadings

to Jerry Bradshaw, an individual designated to accept service of process on behalf of The Environmental Control Board of The City of New York, on October 28, 2009, proof of which is shown by the Proof of Service filed in this action as Docket Number 5, a true and correct copy of which is attached hereto as <u>Exhibit E</u>.

3. The Defendants have failed to plead, answer, or otherwise defend in this action as required by the Federal Rules of Civil Procedure within the time provided therein, and such time has not been extended by any stipulation of the parties or any order of the Court.

4. The individual Defendants, Israel Perlmutter and Menachem Stark, are not infants or incompetents.

5. I make the following statement pursuant to the Soldier's and Sailor's Civil Relief Act of 1940, as amended, which I have read and with which I am familiar, in particular the sections of said Act which define persons in military service: I have caused a search to be made to ascertain whether the individual Defendants, Israel Perlmutter and Menachem Stark, are in the military service of the United States at the present time. The searcher has provided Affidavits, true and correct copies of which are attached hereto as <u>Exhibit F</u>, stating that there is no information in the Department of Defense Data Center that indicates that Israel Perlmutter and Menachem Stark are currently on active military duty.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2009
Newark, New Jersey

_____
Peter M. Knob

ME1 9356253v.1