UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF COUNTRYWIDE COMMERCIAL MORTGAGE TRUST 2007-MF1, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-MF1,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>84 GEORGE LLC, ISRAEL PERLMUTTER, MENACHEM STARK, THE DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK, and THE ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:09-cv-04553-JBW<br><br><br><br>**NOTICE OF MOTION FOR JUDGMENT OF FORECLOSURE AND SALE AND OTHER RELIEF UPON DEFAULT OF DEFENDANTS** |

TO:　　PARTIES ON THE ATTACHED SERVICE LIST

　　　**PLEASE TAKE NOTICE** that Plaintiff, U.S. Bank, N.A., as Trustee for the Registered Holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1, will move this Court, pursuant to Fed. R. Civ. P. 55(b), at 225 Cadman Plaza East, Brooklyn, New York 11201, on February 10, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Jack B. Weinstein, U.S.D.J., for entry of an Order granting Plaintiff's Motion For Judgment of Foreclosure and Sale and Other Relief Upon Default of Defendants; such other relief including, without limitation, an Order granting Plaintiff and its agents access to the Mortgaged Premises that are the subject of this action, directing Defendant 84 George LLC to turn over to Plaintiff all rents, revenues, and

ME1 9450254v.1

profits of the Mortgaged Premises, and directing Defendant 84 George LLC to turn over to Plaintiff all leases, occupancy agreements, rent rolls, and certain other information pertaining to the financial condition and operation of the Mortgaged Premises.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Memorandum of Law, Declaration of Alex J. Guggenheim, and Declaration of Attorneys' Fees and Costs submitted concurrently herewith, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that proposed Orders granting Plaintiff's Motion are being submitted herewith.

Dated: January 19, 2010

McCARTER & ENGLISH, LLP
Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the Registered Holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1

By: /s Joseph Lubertazzi, Jr.
    Joseph Lubertazzi, Jr.

245 Park Avenue, 27th Floor
New York, NY  10167
Phone: (212) 609-6800
Fax: (212) 609-6921

-and-

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: (973) 622-4444
Fax: (973) 624-7070

ME1 9450254v.1

## SERVICE LIST

**VIA ECF, EMAIL, AND REGULAR MAIL**

Marian Mass, Esq.
Assistant Corporation Counsel of the City of New York,
Attorney for the City of New York
100 Church Street, Room 3-249
New York, New York  10007

**VIA REGULAR MAIL**

| | |
|---|---|
| 84 George LLC<br>c/o Israel Perlmutter or Menachem Stark<br>26 Heyward Street<br>Brooklyn, NY  11211 | Israel Perlmutter<br>138 Ross Street<br>Brooklyn, NY  11211 |
| 84 George LLC<br>c/o Israel Perlmutter or Menachem Stark<br>84 George Street<br>Brooklyn, NY  11206 | Menachem Stark<br>125 Taylor Street<br>Apartment 1B<br>Brooklyn, NY  11211 |
| Leo Fox, Esq.<br>630 Third Avenue<br>New York, NY  10017 | Menachem Stark<br>259 Rutledge Street<br>Brooklyn, NY  11211 |

The Environmental Control Board of the City of New York
c/o the New York City Law Department
100 Church Street
New York, NY  10007